TUNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GUILHERME EMANUEL AZEVEDO )<br>      Petitioner )<br>  v. )<br> )<br>JOSEPH MCDONALD, JR., Sheriff Plymouth County )<br>PATRICIA HYDE, Field Office Director; )<br>MICHAEL KROL, HSI New England Special )<br>Agent in Charge; TODD LYONS, Acting )<br>Director U.S. Immigrations and Customs )<br>Enforcement; and KRISTI NOEM, U.S. Secretary )<br>of Homeland Security, )<br>      Respondents ) | Civil Action No |

### PETITION FOR WRIT OF HABEAS CORPUS AND REQUST FOR EMERGENCY INJUNCTIVE RELIEF

### INTRODUCTION

The Petitioner, **Guilherme Emanuel Azevedo**, is in federal custody and is currently detained at the Plymouth County Correctional Facility in Plymouth, Massachusetts. He has been held in custody since May 12, 2025. The Plaintiff has been informed by U.S. Immigration and Customs Enforcement (ICE) that he is being relocated to another facility without further information on where he may be relocated to. The Plaintiff has lived in Massachusetts since 2005 and is married to a U.S. Citizen. Prior to being detained the Plaintiff and his wife were in the process of filing for his residence. Relocating the Plaintiff to a facility outside Massachusetts will cause irreparable harm to him and his spouse. The Plaintiff seeks an emergency order preventing the Defendants from moving him to a facility outside Massachusetts.

1

## JURISDICTION

1. This action arises under the Constitution of the United States and the Immigration and Nationality Act (INA), 8 U.S.C. § 1101 *et seq*.

2. This Court has subject matter jurisdiction under 28 U.S.C. § 2241 (habeas corpus), 28 U.S.C. § 1331 (federal question), and Article I, § 9, cl. 2 of the United States Constitution (Suspension Clause).

3. This Court may grant relief under the habeas corpus statutes, 28 U.S.C. § 2241 *et. seq*., the Declaratory Judgment Act, 28 U.S.C. § 2201 *et seq*., and the All Writs Act, 28 U.S.C. § 1651.

## VENUE

*4.* Venue is proper because Petitioner is detained at Plymouth County Correctional Facility which is located at 26 Long Pond Road, Plymouth, Massachusetts. The Plaintiff has lived in Massachusetts since 2005 and is married to a U.S. Citizen who, prior to his detention, he lived with in Marlborough, Massachusetts which is within the jurisdiction of this District. A substantial part of the events or omissions giving rise to his claims occurred in this District.

## PARTIES AND FACTS ALLEGED

5. The Petitioner, **Guilherme Emanuel Azevedo**, is a native and citizen of Brazil who entered the United States with a B-2 tourist visa on August 23, 2005 when he was four (4) years old. He has remained in this country since then. Prior to his detention, he resided in Marlborough, Massachusetts, with his U.S. Citizen wife who he married on March 10, 2023.

6. Respondent, **Joseph McDonald, Jr.,** is the Sheriff of Plymouth County, the facility where the Petitioner is currently detained.

7.     Respondent, **Patricia Hyde**, is the New England Field Office Director for U.S. Immigration and Customs Enforcement which is the agency that apprehended and detained the Petitioner.

8.     Respondent, **Michael Krol,** is the New England Special Agent in Charge for Homeland Security Investigations for U.S. Immigration and Customs Enforcement.

9.     Respondent, **Todd Lyons,** is the Acting Director for U.S. Immigration and Customs Enforcement.

10.    Respondent, **Kristi Noem,** is the U.S. Secretary of Homeland Security.

11.    All respondents are named in their official capacities.

12.    Petitioner is currently in the custody of the Respondents and one of the Respondents is his immediate custodian.

13.    On information and belief, the Petitioner was detained without cause by U.S. Immigration and Customs Enforcement agents on May 9, 2025. Although he is currently detained at the Plymouth County Correctional Facility, an ICE officer informed him that he will be moved from that facility this weekend. The Plaintiff and his spouse are in the process of applying for his residence. The Respondents have not initiated removal proceedings against the Petitioner which is preventing him from seeking release from custody on bond. Relocating the Petitioner to a facility outside Massachusetts will cause he and his wife irreparable harm and prevent him from applying for residence which he is immediately eligible for.

## CLAIM FOR RELIEF

### COUNT ONE
### Violation of Fifth Amendment Right to Due Process

14. On information and belief, Petitioner is currently being detained by federal agents without cause and in violation of his constitutional rights to due process of law. The Petitioner cannot seek release from custody on bond because the Respondents have not initiated removal proceedings against him and have informed him that they plan to move him to another facility. On information and belief the Petitioner will be moved to another facility outside of Massachusetts over the weekend which will deny him access to his attorney and his family.

### PRAYER FOR RELIEF

Wherefore, Petitioner respectfully requests this Court to grant the following:

a. Assume jurisdiction over this matter;

b. Order, on an emergency basis, that Petitioner shall not be transferred outside the District of Massachusetts until further notice from this Court;

c. Issue an Order to Show Cause ordering Respondents to show cause why this Petition should not be granted within three days;

d. Declare that the Petitioner's detention violates the Due Process Clause of the Fifth Amendment;

e. Issue a Writ of Habeas Corpus ordering Respondents to release Petitioner immediately; and

f. Grant any further relief this Court deems just and proper.

**Respectfully submitted,**
**Guilherme Emanuel Azevedo**

**By his attorney,**


**/s/ Anthony Drago, Esq.**
**Anthony Drago, Esq. (BBO #552437)**
**Anthony Drago, Jr., P.C.**
**88 Broad Street – 5th Floor**
**Boston, MA 02110**
**(617) 357-0400**
**Anthony@adragopc.com**

4